NATALIA D. ASBILL-BEAROR (SBN 281860)
natalia@perkinsasbill.com
PERKINS ASBILL
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:     916.446.2000
Facsimile:     916.447.6400

Attorney for Plaintiff MEGAN ROBERTS

JENNIFER G. STOECKLEIN (SBN 186147)
Jennifer.Stoecklein@doj.ca.gov
OFFICE OF THE ATTORNEY GENERAL
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone:     (916) 210-6111
Facsimile:     (916) 324-5567

Attorneys for Defendant CDCR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN ROBERTS,<br><br>             Plaintiff,<br><br>       v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a political subdivision of the State of California<br>             Defendants. | CASE NO. 2:19-cv-01035-MCE-CKD<br><br>STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURUSANT TO LOCAL RULE 271 |

///

///

///

///

///

///

///

///

///

///

1

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: October 24, 2019

By: /s/ Natalia D. Asbill-Bearor
Natalia D. Asbill-Bearor
Attorney for Plaintiff Megan Roberts

By: /s/ Jennifer Stoecklein
Jennifer Stoecklein
Attorney for Defendant CDCR

**IT IS SO ORDERED.**

Dated: October 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE