NATALIA D. ASBILL-BEAROR (SBN 281860)
natalia@perkinsasbill.com
PERKINS ASBILL
300 Capitol Mall, Suite 1800
Sacramento, CA  95814
Telephone:   916.446.2000
Facsimile:   916.447.6400

Attorney for Plaintiff MEGAN ROBERTS

JENNIFER G. STOECKLEIN (SBN 186147)
Jennifer.Stoecklein@doj.ca.gov
OFFICE OF THE ATTORNEY GENERAL
1300 I Street, Suite 125
Sacramento, CA  95814
Telephone:   (916) 210-6111
Facsimile:   (916) 324-5567

Attorneys for Defendant CDCR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a political subdivision of the State of California<br><br>　　　　Defendants. | CASE NO. 2:19-cv-01035-MCE-CKD<br><br>JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE |

　　　The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party bearing its own attorney's fees and costs.

Dated:  June 29, 2020

　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Natalia D. Asbill-Bearor
　　　　　　　　　　　　　　　　　　　　　　　　Natalia D. Asbill-Bearor
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Megan Roberts


　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Jennifer Stoecklein
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Stoecklein
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant CDCR

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that the above-entitled action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own attorney's fees and costs, and the Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

July 2, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE